UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SOUTHERN OPERATORS HEALTH FUND,<br><br>    Plaintiff,<br><br>v.<br><br>FREELAND CONSTRUCTION COMPANY, INC.,<br><br>    Defendant. | Case No. 16-cv-03029<br>Honorable Laurie J. Michelson<br>Magistrate Judge Alistair Newbern |

## ORDER

The Court held a hearing in this matter on June 9, 2017, in order to "provide Kenneth B. Canty and Defendant additional time to comply with the injunctive order." (R. 19.) Neither Defendant or Canty appeared. Plaintiff's counsel represented to the Court that Defendant had submitted the outstanding payroll records, but has yet to submit the contribution payments presently due and owing (and that have been due and owing since 2015). Accordingly and for the reasons set forth more fully on the record in the Court's oral ruling,

IT IS ORDERED that Defendant and Kenneth B. Canty are hereby held in contempt of this Court's preliminary injunction ruling. (R. 15.)

IT IS FURTHER ORDERED that the Court imposes a monetary fine of $50 per day unless and until all payments presently owing, calculated to be $10,025.25, are provided by Defendant to the Plaintiff.

IT IS FURTHER ORDERED that if the payments presently owing and due are not provided within 20 days of service of this Order, the Court will issue a warrant for Canty's arrest.

IT IS FURTHER ORDERED that Plaintiff shall effect proper service of this Order on Defendant and Mr. Canty and docket proof of same.

SO ORDERED.

Dated: June 9, 2017

s/Laurie J. Michelson
LAURIE J. MICHELSON
U.S. DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 9, 2017.

s/Keisha Jackson
Case Manager